UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY HOON SHIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>    Defendant. | Case No. 16-cv-04575-JD<br><br>**ORDER TO SHOW CAUSE** |

Pro se plaintiffs Jay Hoon Shin and Hyesook Shin filed this case on August 11, 2016, well over 90 days ago, and do not appear to have served defendant Washington Mutual Bank with a summons and complaint. Dkt. No. 1. Plaintiffs are ordered to show cause why this case should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m), which requires that a defendant be served within 90 days after the complaint is filed, and failure to prosecute generally. The response is due by **January 3, 2017**.

**IT IS SO ORDERED.**

Dated: December 16, 2016

JAMES DONATO
United States District Judge